**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**CIVIL RIGHTS COMPLAINT FORM FOR**
**PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER**
**28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

Henry Anthony Washington Brown,

_____ ,

_____ ,

*(Write the full name of each Plaintiff*
*filing this complaint. If there is*
*insufficient space to list the names of*
*all Plaintiffs, please write "see*
*attached" in the space above and*
*attach an additional page with a full*
*list of names.)*

Case No.: 4:21cv202 MW-MJF
*(To be filled in by the Clerk's Office)*

v.

State of Florida Department of, Motor Vehicles ,

*(Write the full name of each Defendant*
*who is being sued in this complaint. If*
*there is insufficient space to list the*
*names of all Defendants, please write*
*"see attached" in the space above and*
*attach an additional page with a full*
*list of names.)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

_____ /

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Henry Brown

   Address: 4737 Lyons Blvd

   Talk Fl

   City, State, and Zip Code: 32303

   Telephone: _____ (Home) 650-405-4249 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: <u>State of Florida Department of Motor Vehicles</u>

Official Position: _____

Employed at: _____

Mailing Address: <u>2900 Apalachee Pkwy</u>

_____

☐ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.* You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

My Drivers licens was lawfully and rightfully suspended in 1999 for unpaid child support. Since tha I accumulated multiple driving without a license citations. Many of these citations have had me go to the department of corrections as well as tens of thousands

**Factual Allegations, Continued** *(Page ___ of ___)*

of dollars in court fines, which I feel is substatiated. The stutue that mandates a persons driver license be suspended an additional 5 years for habitual is cruel and unusual punishment. I'm not declaring the law shouldn't exist, I merely shouldn't be classified in the law. I have zero D.U.I infractions The only infactions I have ever gotten towards my licens is driving without a license. I have went to prison and have paid large fines. To have to not have a license 5 extra years only for not having a license is abuse of Authority.

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Im being deprived of a right to have liberty and prosper. The Florida DMV needs to reclassify certain infractions. The Florida DMV is abusing their positor of Authority. Due process was sustained. Further penalization isnt warrented. Due Process, I have paid my debt to society, further isnt warrented

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Im seeking the court to allow me to apply for a drivers license if all my finanal citations are met.

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _____ Plaintiff's Signature: _____

Printed Name of Plaintiff: _____

Address: _____

_____

E-Mail Address: _____

Telephone Number: _____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*