# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HENRY ANTHONY WASHINGTON BROWN,**

    *Plaintiff*,

v.                              Case No.: 4:21cv202-MW/MJF

**STATE OF FLORIDA DEPARTMENT OF MOTOR VEHICLES,**

    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with

two court orders." The Clerk shall close the file.

**SO ORDERED on November 8, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
